UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>G. SPANGLER, et al.,<br><br>Defendants. | No.  2:24-cv-00582 KJM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 8) are adopted in full;

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 6) is denied;

3. Within fourteen days of the date of this order, plaintiff is directed to pay the filing fee in its entirety in order to proceed as a result of being declared a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g); and

4. Plaintiff's motion for a preliminary injunction and temporary restraining order (ECF No. 1) is denied as premature.

DATED: September 9, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE