UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | No. 2:24-cv-0582 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| G. SPANGLER, et al., | |
| Defendants. | |

By an order filed September 10, 2024, plaintiff was ordered to pay, within 14 days, the appropriate filing fee, and was cautioned that failure to do so would result in this action being dismissed. That time period has now expired, and plaintiff has not paid the court's filing fee, or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed without prejudice, and the clerk of court is directed to close this case.

DATED: 1/7/2025

Kimberly J. Mueller
U.S. District Judge

1